# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith Eoll, an individual<br><br>**Plaintiff,**<br>**V.**<br>General Motors LLC, a Delaware limited liability company; Does 1-10 inclusive<br><br>**Defendant.** | **Civil Action No.** 25-cv-2310-WQH-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court awards Plaintiff $15,109.00 in attorneys' fees and $507.39 in costs and expenses, for a total amount of $15,616.39. This case is hereby closed.

**Date:** 8/11/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy